## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| WENDY WINSLOW, an Individual, | Case No. 8:24-cv-02300-JWH-JDEx |
| Plaintiff, | **ORDER APPROVING STIPULATED PROTECTIVE ORDER (Dkt. 46)** |
| v. | |
| TARGET CORPORATION, et al., | |
| Defendants. | |

On September 17, 2025, the parties jointly submitted a Stipulated Protective Order (Dkt. 46). Having reviewed this Stipulated Protective order, and good cause having been shown, the Court hereby approved the Stipulated Protective Order

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: September 17, 2025

_____
JOHN D. EARLY
United States Magistrate Judge

[PROPOSED] ORDER APPROVING STIPULATED PROTECTIVE ORDER

4935-6775-4858, v. 1